IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00581-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

and

DALE ALTON,

       Plaintiff/Intervenor,

v.

ECHOSTAR COMMUNICATIONS CORPORATION,
n/k/a DISH, LTD.,

       Defendant.
_____

### ORDER EXTENDING TIME TO RESPOND TO MOTION FOR REMITTITUR
_____

Upon consideration of the Post-Trial Status Report and Joint Motion for Enlargement of Time for plaintiff to Respond to Motion for Remittitur, filed on August 15, 2005, it is

ORDERED that on or before August 31, 2005, the parties will submit either a final status report or a stipulation consent decree and it is

FURTHER ORDERED that the time within which the plaintiff and plaintiff/intervenor shall respond to the Defendant's Motion for Remittitur is extended to and including September 7, 2005.

DATED: August 16, 2005.

                                             BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                             Richard P. Matsch, Senior District Judge