IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00581-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

and

DALE ALTON,

       Plaintiff/Intervenor,

v.

ECHOSTAR COMMUNICATIONS CORPORATION,
n/k/a DISH, LTD.,

       Defendant.
_____

ORDER DISMISSING DEFENDANT'S MOTION FOR REMITTITUR
_____

       Pursuant to the unopposed motion to dismiss defendant's motion for remittitur, filed on September 7, 2005, it is

       ORDERED that defendant's motion for remittitur is dismissed as moot.

       DATED: September 8, 2005.

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior District Judge